UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS – WESTERN DIVISION

| | |
|---|---|
| JACK NASCIMENTO, | : |
| | : Civil Action No.: 06-CV-30066 |
| | : (MAP) |
| Plaintiff, | : |
| v. | : |
| | : Corporate Disclosure Statement |
| PREFERRED MUTUAL INSURANCE COMPANY, | : |
| | : |
| Defendant. | : |
| | : |

Preferred Mutual Insurance Company ("Preferred") certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New Berlin, New York. Preferred submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, for the use of the judges in this Court.

1. Preferred is not a publicly-held corporation or other publicly-held corporation.

2. Preferred does not have any parent corporations.

3. No publicly-held corporation owns 10 percent or more of Preferred's stock.

Dated:   White Plains, New York
         September 18, 2006

By: /s/ Robert D. Sullivan, Jr.
Robert D. Sullivan, Jr.
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
*Attorneys for Defendant*
*Preferred Mutual Insurance Company*
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 07376.00006

TO:
*See* ECF service list.

1

1221461.1